UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| Rivera, Felipe<br>Rivera, Shannon M.<br><br>Debtors. | Case No. 06-13358 LER<br><br>**STATEMENT OF<br>UNCLAIMED DIVIDENDS** |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 9 | National Grid<br>300 Erie Boulevard West<br>Syracuse, NY 13252 | $3,507.81 | $549.25 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 549.25

Dated: September 4, 2009

_____
MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE WOODS BLVD
ALBANY, NY 12211-2350
(518) 465-0400